AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:19-cv-495

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City of South Bend and Ryan O'Neill, in his individual capacity and his official capacity as a Sergeant of the South Bend Police Department

was received by me on *(date)* June 27, 2019 .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Michael Divita, South Bend Employee , who is

designated by law to accept service of process on behalf of *(name of organization)* City of
South Bend on *(date)* June 28, 2019 ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:  June 28, 2019

Bruce D. Graham
*Server's signature*

Bruce D. Graham
*Printed name and title*

5449 W Foster Ave
Chicago, IL 60630
*Server's address*

Additional information regarding attempted service, etc:

Civil Action 3:19-c.v.-495
Graham spoke with Divita at 5:27pm ET as Divita was leaving work.
Graham informed Divita of the nature of the documents he was being
handed an Divita agreed to make sure they would be delivered to the
appropriate City of South Bend office the next work day.