AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-495

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City of South Bend and Ryan O'Neill in his individual capacity and his official capacity as a Sergeant of the South Bend Police Department
was received by me on *(date)* June 27, 2019     Bruce D. Graham

☐ I personally served the summons on the individual at *(place)* _____
   _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
   _____, a person of suitable age and discretion who resides there,
   on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* City of South Bend and Ryan O'Neill, et. al., who is
   designated by law to accept service of process on behalf of *(name of organization)* South Bend Police
   Department                                on *(date)* June 28, 2019; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

                                    Bruce D. Graham
                                    Server's signature

                                    Bruce D. Graham
                                    Printed name and title

                                    5449 W. Foster Ave,
                                    Chicago, IL 60630
                                    Server's address

Additional information regarding attempted service, etc: Civil Action 3:19-cv-495
Graham handed the summons and related court documents to a female seated at the front desk at South Bend Police Headquarters at 5:40 ET. The woman handed the documents to Officer R. Wilson who immediately phoned his supervisor to inform him of the summons and related documents. Graham departed police H.Q at that time, satisfied that R. Wilson would find the personnel to whom [illegible]