IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| Estate of ERIC JACK LOGAN, deceased )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF SOUTH BEND and RYAN O'NEILL )<br>In his individual capacity and his official capacity )<br>As a Sergeant of the South Bend Police Department )<br>)<br>Defendants, ) | Case No. 3:19-cv-00495-DRL-MGG |

**PETITION TO INTERVENE**

Comes now the St. Joseph County Metro Homicide Unit, by it's attorney James F. Groves, and respectfully petitions the Court to intervene in this case for the purpose of opposing a Subpoena and Motion to Compel Response and states:

1. The St. Joseph County Metro Homicide Unit is a division of the St. Joseph County Indiana Prosecuting Attorney's Office and has been served with a Subpoena to produce certain documents, information, or objects to permit inspection of the homicide investigation surrounding death of Eric Logan.

2. This petition is being filed pursuant to F.R.C.P. 24, as the Plaintiff in this case has filed a Motion to Compel Responses to the Non-Party Discovery and a Motion for Sanctions.

3. Plaintiff's Motion to Compel contains a copy of the Subpoena to St. Joseph Metro Homicide Unit, as well as the responsive letter objecting to the subpoena. Therefore, Petitioner has a right under Rule 24 to intervene in this case for the purpose of opposing the Motion to Compel.

4. The Intervener is opposing the Motion to Compel on the basis of it's ongoing criminal investigation which is subject to privilege under existing case law. Intervener will be filing a separate pleading in response to the Motion to Compel, should the Court grant this intervention.

WHEREFORE, Petitioner prays that the Court allow intervention for the purpose of responding to the Motion to Compel.

Dated December 13, 2019.

> */s/James F. Groves*
> James F. Groves (7329-71)
> Lee Groves & Zalas
> 205 W. Jefferson Blvd., Suite 502
> South Bend IN 46601
> Telephone:  (574) 232-5923
> Facsimile:   (574) 232-5942
> Attorney for St. Joseph County Homicide Unit

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record, on December 13, 2019:

> */s/James F. Groves*
>  James F. Groves