UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| Estate of ERIC JACK LOGAN, Deceased, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:19-CV-495-DRL-MGG |
| CITY OF SOUTH BEND, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

On December 13, 2019, non-party St. Joseph County Metro Homicide Unit ("SJCMHU") filed its Petition to Intervene. [DE 19]. However, counsel's electronic filing effort resulted in a docket entry labeling SJCMHU's Petition as an "Intervenor COMPLAINT." Intervention can only occur with the Court's permission. *See* Fed. R. Civ. P. 24. Therefore, the Court **CONSTRUES** SJCMHU's Petition [DE 19] as a motion seeking such permission. Any party may file a response brief by **December 27, 2019**, consistent with N.D. Ind. L.R. 7-1(d)(3)(A). Any reply brief must then be filed within seven days after the filing of any response. *See* N.D. Ind. L.R. 7-1(d)(3)(B).

The Clerk is **DIRECTED** to change SJCMHU's identifying label on the docket from "Intervenor" to "Movant." Additionally, the Clerk is **DIRECTED** to update the docket to reflect SJCMHU's Petition to Intervene as a pending motion. [DE 19].

**SO ORDERED** this 16th day of December 2019.

                              s/Michael G. Gotsch, Sr.
                              Michael G. Gotsch, Sr.
                              United States Magistrate Judge