UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| Estate of ERIC JACK LOGAN, Deceased, | ) ) ) |
| Plaintiff, | ) ) ) Cause No. 3:19-cv-00495-DRL-MGG |
| v. | ) ) |
| CITY OF SOUTH BEND and RYAN O' NEILL, in his individual capacity and His official capacity as a Sergeant of South Bend Police Department, | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE OF A NON-PARTY

To: The Clerk of Court and all parties of record,

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Non-Party, the St. Joseph County Prosecutor's Office.

Respectfully submitted,

CURTIS T. HILL, Jr.
Indiana Attorney General
Attorney No. 13999-20

Dated: December 20, 2019    By:    *Robert A. Rowlett*
Robert A. Rowlett
Deputy Attorney General
Attorney No. 35350-29

Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 232-0133
Facsimile: (317) 232-7979
E-mail: Robert.Rowlett@atg.in.gov

## **CERTIFICATE OF SERVICE**

I hereby certify on December 20, 2019, I electronically filed the foregoing using the CM/ECF system which sent notification of such filing to the following:

Brian W. Coffman
Coffman Law Offices, P.C.
2615 North Sheffield Avenue, Suite #1
Chicago, Illinois  60614

                                                *Robert A. Rowlett*
                                                Robert A. Rowlett
                                                Deputy Attorney General
                                                Attorney No. 35350-29

Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 232-0133
Facsimile: (317) 232-7979
E-mail: Robert.Rowlett@atg.in.gov