IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| Estate of ERIC JACK LOGAN, deceased ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:19-cv-00495-DRL-MGG |
| v. ) | |
| ) | |
| CITY OF SOUTH BEND and RYAN O'NEILL ) | |
| In his individual capacity and his official capacity ) | |
| As a Sergeant of the South Bend Police Department ) | |
| ) | |
| Defendants, ) | |

**METRO HOMICIDE'S OBJECTION TO MOTION TO COMPEL AND MOTION FOR PROTECTIVE ORDER**

St. Joseph County Metro Homicide, by its counsel James F. Groves, has filed a Motion to Intervene in this case, but is essentially a Non-Party answering to the Plaintiff's Motion to Compel Responses to a Non-Party Subpoena. As such, St. Joseph County Metro Homicide joins in the Motion to Compel and Legal Memorandum in Support which has been filed by the St. Joseph County Prosecutor's Office. In support of its Objection and Request for Protective Order, St. Joseph County Metro Homicide states as follows:

1. St. Joseph County Metro Homicide is an arm of the St. Joseph County Prosecutor's Office, in that it is the entity empowered by the Prosecutor's Office to investigate serious homicides and other serious crimes. Presently, Metro Homicide is in the process of investigating the shooting of Eric Jack Logan. It's investigation will not be completed until the end of February, at the earliest.

2. Attached hereto is the initial response sent to the Plaintiff by St. Joseph County Metro Homicide, setting forth the legal response to this Non-Party Subpoena issued by the Plaintiff. The legal basis set forth in Metro Homicide's objection are the same as those

set forth in the Objection and Request for Protective Order filed by the Prosecutor's Office.

3. St. Joseph County Metro Homicide incorporates and joins in the Objection to the Motion to Compel and the Motion for Protective Order filed herein by the Prosecutor's Office.

4. The investigation being carried out by the Prosecutor's Office has been delegated to St. Joseph County Metro Homicide such that the interest of the Prosecutor's Office and St. Joseph County Metro Homicide are mutual.

WHEREFORE, St. Joseph County Metro Homicide prays that the Court deny the Plaintiff's Motion to Compel Compliance and Impose Sanctions and enter a Protective Order pursuant to Federal Rule of Civil Procedure 26(c).

Dated December 23, 2019.

/s/James F. Groves

James F. Groves (7329-71)
Lee Groves & Zalas
205 W. Jefferson Blvd., Suite 502
South Bend IN 46601
Telephone:  (574) 232-5923
Facsimile:   (574) 232-5942
Attorney for St. Joseph County
Homicide Unit

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record, on December 23, 2019:

                                                                      */s/James F. Groves*

                           James F. Groves