UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **Estate of ERIC JACK LOGAN, deceased,** ) <br> ) <br> Plaintiff. ) <br> ) <br> v. ) <br> ) <br> **CITY OF SOUTH BEND** and ) <br> **RYAN O'NEILL**, in his individual ) <br> capacity and his official capacity ) <br> as a Sergeant of the South Bend ) <br> Police Department, ) <br> ) <br> Defendants. ) | No. 3:19-cv-00495-DRL-MGG |

**THIRD MOTION FOR EXTENSION OF TIME TO FILE REPLIES
IN SUPPORT OF MOTION TO COMPEL**

Plaintiff, Estate of ERIC JACK LOGAN, deceased ("Logan Estate," Plaintiff"), by counsel, respectfully moves the Court for a third extension of time to file replies in support of its motion to compel (DE 18) and in support, it states as follows:

1. On December 27, 2019, Plaintiff filed a motion 1) for leave to file a belated reply to DE 21; and 2) for an extension to file replies to DE 24 and DE 27 to and including January 3, 2020. (DE 29)

2. On January 3, 2020, Plaintiff filed a second motion for a seven-day extension. (DE 31)

3. The undersigned had an unforeseen family emergency.

4. Plaintiff obtained the agreement of all counsel prior to filing this motion.

WHEREFORE, Plaintiff, Estate of ERIC JACK LOGAN, deceased, respectfully

1

requests for leave to file a belated reply to DE 21; and 2) for an extension to file replies to DE 24 and DE 27 to and including **January 15, 2020**.

>
> Respectfully submitted,
>
> **Estate of ERIC JACK LOGAN, deceased**
>
> */s/ Trent A. McCain*
> One of Plaintiff's Attorneys

| | |
|---|---|
| Brian W. Coffman, # 28944-71 | Trent A. McCain, #23960-45 |
| COFFMAN LAW OFFICES, P.C. | McCAIN LAW OFFICES, P.C. |
| 2615 North Sheffield Ave., Suite #1 | 363 S. Lake St., Ste. 2 |
| Chicago, IL 60614 | Gary, IN 46403 |
| (773) 348-1295 phone | (219) 884-0696 phone |
| bcoffmanlaw@gmail.com | Trent@McCain.Law |

**CERTIFICATE OF SERVICE**

I hereby certify that on **January 10, 2020**, Plaintiff, Estate of ERIC JACK LOGAN, deceased, a copy of the foregoing motion was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that on **January 10, 2020**, a copy of the foregoing motion was emailed to the following counsel:

> Steven A. Vickery, Esq.
> Promenade, Suite 3100
> 1230 Peachtree Street, N.E.
> Atlanta, Georgia 30309-3592
> svickery@sgrlaw.com
> *Attorney for BodyWorn by UTILITY*

>
> */s/ Trent A. McCain*
> One of Plaintiff's Attorneys

2