# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | | |
|---|---|---|
| **Estate of ERIC JACK LOGAN, deceased,** | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | No. 3:19-cv-00495-DRL-MGG |
| | ) | |
| **CITY OF SOUTH BEND** and **RYAN O'NEILL**, in his individual capacity and his official capacity as a Sergeant of the South Bend Police Department, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## RESPONSE TO SJCMHU's PETITION TO INTERVENE

Plaintiff, Estate of ERIC JACK LOGAN, deceased ("Logan Estate," Plaintiff"), by counsel, argues that this motion should be denied as moot. SJCMHU argues that it intends to file a response to Plaintiff's motion to compel if the Court allows it to intervene. DE 19 at ¶4.

SJCMHU did file an objection to the motion (DE 27), as a non-party, thus it does not need to be named a party to do that.

WHEREFORE, SJCMHU's petition to intervene should be denied as moot.

Respectfully submitted,

**Estate of ERIC JACK LOGAN, deceased**

_/s/ Trent A. McCain_
One of Plaintiff's Attorneys

1

Brian W. Coffman, # 28944-71                   Trent A. McCain, #23960-45
COFFMAN LAW OFFICES, P.C.                       McCAIN LAW OFFICES, P.C.
2615 North Sheffield Ave., Suite #1             363 S. Lake St., Ste. 2
Chicago, IL 60614                               Gary, IN 46403
(773) 348-1295 phone                            (219) 884-0696 phone
bcoffmanlaw@gmail.com                           Trent@McCain.Law


### CERTIFICATE OF SERVICE

I hereby certify that on **January 15, 2020**, Plaintiff, Estate of ERIC JACK LOGAN, deceased, a copy of the foregoing motion was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that on **January 15, 2020**, a copy of the foregoing motion was emailed to the following counsel:

Steven A. Vickery, Esq.
Promenade, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309-3592
svickery@sgrlaw.com
*Attorney for BodyWorn by UTILITY*

*/s/ Trent A. McCain*
One of Plaintiff's Attorneys