UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ESTATE OF ERIC JACK LOGAN, DECEASED, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF SOUTH BEND, et al. )<br>)<br>Defendants. ) | CASE NO. 3:19-cv-00495 |

## REPORT OF MEDIATOR: ACCEPTANCE AND SCHEDULING

Comes now Richard F. McDevitt and having been stipulated to as Mediator by the parties in this cause, informs the Court that he accepts appointment as Mediator, and that Mediation has been scheduled for **August 28, 2020 at 9:30 a.m. CDT.**

Respectfully submitted,
**McDEVITT MEDIATION CENTER, LLC**
BY: s/ **Richard F. McDevitt, Mediator**
Attorney No. 10870-45
1435 East 85th Avenue
Merrillville, IN 46410
(219) 472-8350
rfm@mcdevittmediations.com

### CERTIFICATE OF SERVICE

I certify that on the 15th day of July 2020, service of a true and complete copy of the above and foregoing pleading or paper was made upon each party or attorney of record herein by depositing the same in the United States mail in envelopes properly addressed to each of them and with sufficient first-class postage affixed, and/or by electronic facsimile, email or the court's electronic case filing (ECF) system.

Brian W. Coffman, Atty.
Peter J. Agostino, Atty.

Trent A. McCain, Atty.
Geovany E. Martinez, Atty.

s/Richard F. McDevitt, Mediator